# MEMORANDUM

---

TO:      Brian Rebecek

FROM:    John McBryde

DATE:    July 5, 2019

RE:      4:19-CV-532-A
         Vita Nuova Inc. v. Azar II, et al.

    I hereby recuse from the above-styled and numbered action pursuant to 28 U.S.C. § 455(a). Would you please cause the reassignment of this case to be made in compliance with Special Order No. 3-249.

                                    /s/ John McBryde
                                    John McBryde

JM/dt