IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| VITA NUOVA, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:19-cv-00532-O |
| | § | |
| ALEX M. AZAR II, in his official | § | |
| capacity as Secretary of Health and | § | |
| Human Services *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

In light of this Court's Memorandum Opinion and Order (ECF No. 28), issued May 1, 2020—and Defendants' Answer (ECF No. 29), filed May 15, 2020—the Court finds that a joint status report will be useful to resolve this issue in a timely manner. Accordingly, it is

**ORDERED** that Plaintiff and Defendants submit a joint status report, detailing how the parties plan to proceed in this case, on or before **May 29, 2020**.

**SO ORDERED** on this **18th day** of **May, 2020**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

- 1 -