IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| VITA NUOVA, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:19-cv-00532-O |
| | § | |
| ALEX M. AZAR II, in his official capacity as Secretary of Health and Human Services *et al.*, | § § § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiff Vita Nuova Inc. and Defendants Alex M. Azar II and the United States of America's (hereinafter the "Parties") Joint Status Report and Proposed Briefing Schedule ("Proposed Briefing Schedule") (ECF No. 31), filed May 28, 2020. After considering the Proposed Briefing Schedule and noting that the Parties agree, it is hereby **ORDERED** that:

1. Plaintiff will file any motion to amend the complaint no later than Tuesday, June 30, 2020.

2. Plaintiff will submit its motions for class certification and summary judgment no later than Tuesday, June 30, 2020.

3. Defendants will file their brief opposing class certification no later than Thursday, July 30, 2020.

4. Plaintiff will file its reply brief in support of class certification no later than Thursday, August 13, 2020.

5. Defendants' deadline for respond to Plaintiff's motion for summary judgment is stayed until after the Court rules on the motion for class certification and subsequently adopts a schedule for briefing the motion for summary judgment.

6. After the Court rules on Plaintiff's motion for class certification, the parties will meet and confer regarding whether any discovery is necessary and to propose a briefing schedule on the motion for summary judgment.

**SO ORDERED** on this **1st day** of **June, 2020**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE