UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **Vita Nuova Inc.**, on behalf of itself and others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>**Alex M. Azar II**, in his official capacity as Secretary of Health and Human Services; **United States of America**,<br><br>                Defendants. | Case No. 4:19-cv-00532-O |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND PERMANENT INJUNCTION

   Plaintiff Vita Nuova Inc. respectfully moves summary judgment and permanent injunction. The elements of the plaintiff's RFRA claim will be set forth in the accompanying brief.

                                                              Respectfully submitted.

                                                              /s/ Jonathan F. Mitchell

| | |
|---|---|
| H. Dustin Fillmore III<br>Texas Bar No. 06996010<br>Charles W. Fillmore<br>Texas Bar No. 00785861<br>The Fillmore Law Firm, LLP<br>1200 Summit Avenue, Suite 860<br>Fort Worth, Texas 76102<br>(817) 332-2351 (phone)<br>(817) 870-1859 (fax)<br>dusty@fillmorefirm.com<br>chad@fillmorefirm.com<br><br>Dated: June 30, 2020 | Jonathan F. Mitchell<br>Texas Bar No. 24075463<br>Mitchell Law PLLC<br>111 Congress Avenue, Suite 400<br>Austin, Texas 78701<br>(512) 686-3940 (phone)<br>(512) 686-3941 (fax)<br>jonathan@mitchell.law<br><br>*Counsel for Plaintiff<br>and the Proposed Class* |

## CERTIFICATE OF CONFERENCE

I certify that on June 29, 2020, I conferred with Bradley Humphreys, counsel for the defendants, and he informed me that the defendants oppose this motion.

    /s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
*Counsel for Plaintiff
and the Proposed Class*

## CERTIFICATE OF SERVICE

I certify that on June 30, 2020, I served this document through CM/ECF upon:

BRADLEY P. HUMPHREYS
DANIEL REISS
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
(202) 305-0878 (phone)
(202) 616-8460 (fax)
bradley.humphreys@usdoj.gov
daniel.riess@usdoj.gov

*Counsel for the Defendants*

    /s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
*Counsel for Plaintiff
and the Proposed Class*