IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| VITA NUOVA, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:19-cv-00532-O |
| | § | |
| ALEX M. AZAR II, in his official capacity as Secretary of Health and Human Services et al., | § § § § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is the parties' Joint Status Report in this case. *See* ECF No. 48. The parties are hereby **directed** to meet and confer pursuant to Federal Rule of Civil Procedure 26(f) and submit a post-discovery conference report **by December 18, 2020**. Briefing on Plaintiff's Motion for Summary Judgment (ECF No. 34) remains stayed, and the parties shall submit a proposed summary judgment briefing schedule in their post-discovery conference report.

**SO ORDERED** this **8th day** of **December 2020**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE